IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

**EARL ROACH**,     *

        Plaintiff,     *

v.     Case No. **5:24-cv-00032-MTT-CHW**

    *

**WARDEN SHAWN EMMONS**,     *

        Defendant.     *

_____     *

## J U D G M E N T

Pursuant to this Court's Order dated May 8, 2024, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 9th day of May, 2024.

                          David W. Bunt, Clerk

                          s/ Erin Pettigrew, Deputy Clerk